160 A.3d 1263

IN THE MATTER OF HELI MARJO MYYRYLAINEN, AN
ATTORNEY AT LAW (ATTORNEY NO. 015431998)

May 24, 2017

## ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent in DRB 16–438 of **HELI MARJO MYYRYLAINEN** of **JERSEY CITY**, who was admitted to the bar of this State in 1998;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.1(a)(gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b)(failure to communicate), *RPC* 1.15(a)(negli-

gent misappropriation of trust funds), *RPC* 1.15(b)(failure to safeguard funds), *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations);

And the parties having agreed that respondent's conduct violated *RPC* 1.1(a), *RPC* 1.3, *RPC* 1.4(b), *RPC* 1.15(a), *RPC* 1.15(b), *RPC* 1.15(d) and *Rule* 1:21–6, and that said conduct warrants a reprimand;

And the Disciplinary Review Board having found that respondent did not violate *RPC* 1.1(a) and *RPC* 1.4(b), and having determined to dismiss those charged violations;

And the Disciplinary Review Board having further determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIV–2015–0031E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **HELI MARJO MYYRYLAINEN** of **JERSEY CITY** is hereby reprimanded;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.